UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**   JS-5

| Case No. | CV 13-0738 CAS (OPx) | Date | July 11, 2013 |
|---|---|---|---|
| Title | OLLIE HINEX V. DURHAM SCHOOL SERVICES, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not present   Not present

**Proceedings:** **(IN CHAMBERS): DEFENDANT'S MOTION FOR RECONSIDERATION** (filed July 2, 2013) [16]

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of August 12, 2013, is vacated, and the matter is hereby taken under submission.

On September 28, 2012, plaintiff Ollie Hinex filed the instant action in the San Bernardino County Superior Court. Defendants Durham School Services L.P. ("Durham" or "defendant") and San Bernardino Unified School District removed the action to this Court on April 22, 2013, contending that at least one of plaintiff's claims is completely preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, giving rise to federal jurisdiction.

Plaintiff filed a Second Amended Complaint ("SAC") on May 3, 2013, asserting claims for (1) termination in violation of public policy and (2) retaliation, neither of which independently gives rise to federal jurisdiction.[1] On May 10, 2013, plaintiff voluntarily dismissed all of her claims against the San Bernardino Unified School District. On July 1, 2013, after a hearing, the Court issued an order declining to exercise supplemental jurisdiction over plaintiff's remaining two claims and remanding them to the San Bernardino County Superior Court. Dkt. No. 15.

---

[1] Although this document is labeled a "First Amended Complaint," it appears to be the second amended complaint plaintiff has filed, although it was the first to be filed in this Court. The Court will refer to it as the Second Amended Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**   JS-5

| Case No. | CV 13-0738 CAS (OPx) | Date | July 11, 2013 |
|---|---|---|---|
| Title | OLLIE HINEX V. DURHAM SCHOOL SERVICES, ET AL. | | |

Before the Court issued a transmittal letter, however, defendant filed a motion for reconsideration on July 2, 2013.  Defendant submits that plaintiff's dismissal of the San Bernardino Unified School District gives rise to diversity jurisdiction over plaintiff's remaining claims, as Durham is a citizen of Delaware and Illinois, whereas plaintiff is a citizen of California.  See Decl. of Richard S. Cozza ¶¶ 3–11.  Moreover, although the operative complaint does not definitively state the amount in controversy, it is apparent from the claims asserted and relief sought that this figure will exceed the $75,000 threshold.

After considering defendant's motion, the Court finds it appropriate to reconsider its decision to remand plaintiff's remaining claims under 28 U.S.C. § 1367(c).  Although defendant failed to raise the potential for diversity jurisdiction at the hearing, the evidence submitted in defendant's motion for reconsideration makes it apparent that the exercise of jurisdiction over plaintiff's remaining claims is warranted under 28 U.S.C. § 1332.

Accordingly, the Court GRANTS defendant's motion for reconsideration and hereby RETAINS jurisdiction over the instant case.  The Court RESETS defendant's motion to dismiss, Dkt. No. 11, for hearing on **July 29, 2013, at 10:00 am**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |